Robert W. Cain, appellee, v. Carlinville Coal Company, appellant.

Action to recover for personal injuries to miner. Judgment for plaintiff. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed April 29, 1919.

A. M. Fitzgerald, Truman A. Snell and Adolph Bernard, for appellant. C. B. Thomas, Edward C. Knotts and E. N. Nevins, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.